## Commonwealth *v.* Russman, Appellant.

776

 Submitted April 9, 1973. *Richard E. Davis,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.